UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-3031
_____

UNITED STATES OF AMERICA

v.

JERRY WHITFIELD,
                                        Appellant
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Crim. No. 08-cr-00685-001)
District Judge:  Honorable Noel L. Hillman
_____

Submitted Under Third Circuit LAR 34.1(a)
November 16, 2010
_____

Before: BARRY, CHAGARES and VANASKIE, <u>Circuit Judges</u>
_____

ORDER AMENDING OPINION
_____


        IT IS ORDERED that the precedential slip opinion in the above case, filed January
6, 2011, be amended as follows:

        On page 3, lines 3-4, the following should be deleted:  "Given that we write only
for the parties, a brief summary of the facts will suffice."


                                        **/s/Maryanne Trump Barry**
Dated:        January 19, 2011          Circuit Judge
SLC/cc:       Norman Gross
              Maggie F. Moy